**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1893**

———————

JUAN L. STEWARD,

Plaintiff - Appellant,

versus

GWALTNEY OF SMITHFIELD, LTD.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-95-1158)

———————

Submitted:  December 12, 1996      Decided:  December 18, 1996

———————

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Juan L. Steward, Appellant Pro Se.  Leslie Robert Stellman, BLUM, YUMKAS, MAILMAN, GUTMAN & DENICK, P.A., Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting the Appellee summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel and affirm on the reasoning of the district court. Steward v. Gwaltney of Smithfield, Ltd., No. CA-95-1158 (E.D. Va. June 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2